IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 AUG 28  A 9:55
CLERK'S OFFICE
AT GREENBELT
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | *    Case No. AW CR12-00375 |
| JOSE VALENZUELA, et.al. | * |

******

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, __Beatriz Valenzuela__. I certify that: [check and complete one that applies]

☐   I am admitted to practice in this Court, and my bar number is _____.

☑   I am a member in good standing of the bar of the highest state court of __ARIZONA__ and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

__AUGUST 27,12__                                     __[signature]__
Date                                                            Signature of Counsel

                                                                        __RAMIRO S. FLORES__
                                                                        Print Name

__The Law office of Ramiro S. Flores P.LLC__        __520-884-5106__
Firm Address                                                      Phone No.

__55 West Franklin Street__                                   __520-884-5157__
Address                                                              Fax No.

__Tucson AZ 85701__                                           __ramiroflereslaw@hotmail.com__
City/State/Zip                                                      Email Address

Please select your designation:

☐ CJA          ☑ Retained          ☐ Public Defender          ☐ Pro Bono

** NOTE: Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

Entry of Appearance – Criminal (Rev. 02/2011)