IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Jose Ramon Valenzuela

Case No.   AW CR 12-00375

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, Jose Ramon Valenzuela
_____. I certify that: [check and complete one that applies]

☐   I am admitted to practice in this Court, and my bar number is _____.

☒   I am a member in good standing of the bar of the highest state court of  Arizona

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence,

the Federal Rules of Appellate Procedure and the Local Rules of this Court.

8/27/12
Date

Signature of Counsel

Rosemary Marquez
Print Name

Marquez Law Firm, PLLC
Firm Address

(520) 624-0755
Phone No.

55 W. Franklin Street
Address

(520) 624-0743
Fax No.

Tucson, Arizona 85701
City/State/Zip

rosemary@marquezlawfirm.com
Email Address

Please select your designation:

☐ CJA          ☒ Retained          ☐ Public Defender          ☐ Pro Bono

** NOTE:   Appearance of counsel may be withdrawn only with leave of Court.  See Local Rule
201.3.  Such leave is liberally granted if sought within 14 days of the defendant's
initial appearance in this Court.

Entry of Appearance – Criminal (Rev. 02/2011)